UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VERHOEK, an individual,<br><br>        Plaintiff,<br><br>        vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a business entity of unknown form; U.S. BANK HOME MORTGAGE, a business entity of unknown form; and DOES 1-50,<br><br>        Defendants. | Case No. 14-cv-04821-EMC<br><br>[Assigned to the Honorable Edward M. Chen]<br><br>**ORDER TO CONTINUE HEARING DATE FOR DEFENDANT US BANK N.A.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[filed: September 30, 2014] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Good cause being shown, the Court grants the parties' request to continue the hearing and all briefing dates on the November 6, 2014 motion to dismiss by approximately 30 days so they can further discuss settlement.

The Court therefore orders that the motion to dismiss hearing date, currently set for December 11, 2014, is continued to January 29, 2015 at 1:30 p.m. Plaintiff Christina Verhoek's opposition shall be due 21 days before the January 29, 2015 hearing date (*i.e.*, January 8, 2015), and Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage) ("US Bank")'s reply shall be due 14 days

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

1 | before the January 29, 2015 hearing (*i.e.*, January 15, 2015).
2 |     IT IS SO ORDERED.

DATED: _____11/12_____, 2014

_____
United States District Court Judge

