E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VERHOEK, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a business entity of unknown form; U.S. BANK HOME MORTGAGE, a business entity of unknown form; and DOES 1-50,<br><br>　　　　Defendants. | Case No. 14-cv-04821-EMC<br><br>[Assigned to the Honorable Edward M. Chen]<br><br>**REQUEST AND STIPULATION TO CONTINUE DATE FOR DEFENDANT US BANK N.A.'S RESPONSE TO PLAINTIFFS' COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>[filed: September 30, 2014] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage) ("US Bank"), and Plaintiff Christina Verhoek ("Verhoek") have discussed settlement of this case and believe that they have a tentative settlement, but additional actions need to be completed before the terms can be finalized. For instance, US Bank has discovered that there is a lien placed on the property by the Homeowners' Association for unpaid fees. This lien will need to be released before the settlement can be finalized. The settlement will also need to be reduced to writing and the Parties will need to review the settlement documents. [Haist Decl. ¶3.]

Verhoek filed a First Amended Complaint on March 5, 2015. US Bank's response to the First Amended Complaint is due on March 26, 2015. US Bank intends to move to dismiss the First Amended Complaint. The Parties believe that continuing the time for US Bank to file a motion to dismiss and continuing the case management conference will allow them to finalize the settlement before any further motion work or use of the Court's time due to the likely settlement of the case within the next 30 days.

With the Court's permission and order, US Bank and Verhoek hereby stipulate to extend US Bank's time to file a response to the First Amended Complaint 30 days to April 27, 2015. US Bank has not waived any objection to the venue or to the jurisdiction of the court over the person of the defendant, or any other challenge to the complaint or other pleadings in this case.

The Court has also set a case management conference for April 2, 2015. The Parties request that the Court also continue that hearing for at least 30 days to allow any further pleading motions to be filed before the case management conference takes place. The Parties request and stipulate that the Court can set the case

management conference on May 7, 2015 at 10:30 a.m., or as the Court otherwise orders.

DATED: March 20, 2015

By /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for US Bank N.A.

DATED: March 20, 2015

By /s/ Nathan L. Scheg
NATHAN L. SCHEG
IRONHORSE LAW GROUP, PC
Attorneys for Christina Verhoek

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/25, 2015

_____
United States ~~District Judge~~

IT IS SO ORDERED
Judge Edward M. Chen