E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VERHOEK, an individual,<br><br>   Plaintiff,<br><br>  vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a business entity of unknown form; U.S. BANK HOME MORTGAGE, a business entity of unknown form; and DOES 1-50,<br><br>   Defendants. | Case No. 14-cv-04821-EMC<br><br>[Assigned to the Honorable Edward M. Chen]<br><br>**REQUEST AND STIPULATION TO CONTINUE BRIEFING DATES ON DEFENDANT US BANK N.A.'S MOTION TO DISMISS TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>[filed: September 30, 2014] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage) ("US Bank"), and Plaintiff Christina Verhoek ("Verhoek") have discussed settlement of this case and believe that they have a proposed settlement, but additional actions need to be completed before the terms can be finalized.  For instance, US Bank has discovered that there is a lien placed on the property by the Homeowners' Association for unpaid fees.  This lien will need to be released before the settlement can be finalized.  The lien was over $26,000, which will require further calculations for the proposed settlement and has required further time to determine all of the terms of the proposed settlement.  The settlement will also need to be reduced to writing and the Parties will need to review the settlement documents.  [Haist Decl. ¶3.]

Verhoek filed a First Amended Complaint on March 5, 2015.  After obtaining an extension, US Bank filed a motion to dismiss the First Amended Complaint on April 27, 2015.  The motion to dismiss hearing is set for July 2, 2015.  The Parties believe that extending the time for filing briefs on the motion to be closer to the hearing date and continuing the case management conference will allow them to finalize the settlement before any further motion work or use of the Court's time due to the likely settlement of the case.

With the Court's permission and order, US Bank and Verhoek hereby stipulate to extend the time for the parties to file further briefing on the April 27, 2015 filed motion to dismiss.  The parties propose and agree that Verhoek's opposition shall be due 21 days before the July 2, 2015 hearing date (*i.e.*, June 11, 2015), and US Bank's reply shall be due 14 days before the July 2, 2015 hearing (*i.e.*, June 18, 2015).

///

1  The Court has also set a case management conference for May 7, 2015. The
2 Parties request that the Court also continue that hearing to approximately 30 days
3 after the July 2, 2015 hearing, such as July 30, 2015 at 10:30 a.m. or as the Court
4 otherwise orders.

6 DATED: April 28, 2015

7                                    By ___/s/ Frederick A. Haist_____
                                        E. SCOTT PALMER
8                                       FREDERICK A. HAIST
                                        PALMER, LOMBARDI & DONOHUE LLP
9                                       Attorneys for US Bank N.A.

10 DATED: April 28, 2015

12                                   By ___/s/ Nathan L. Scheg_____
                                        NATHAN L. SCHEG
13                                      IRONHORSE LAW GROUP, PC
                                        Attorneys for Christina Verhoek

15 PURSUANT TO STIPULATION, IT IS SO ORDERED. CMC reset for 8/6/15
                                                  at 9:30 a.m.  A joint cmc
                                                  statement shall be filed
                                                  by 7/30/15.

18 DATED: __May 4____, 2015    _____
19                              United States District Court Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

---

-3-

REQUEST AND STIPULATION TO CONTINUE BRIEFING DATES ON          14-cv-04821-EMC
MOTION TO DISMISS AND TO CONTINUE THE CMC

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071