E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VERHOEK, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a business entity of unknown form; U.S. BANK HOME MORTGAGE, a business entity of unknown form; and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 14-cv-04821-EMC<br><br>[Assigned to the Honorable Edward M. Chen]<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND REQUEST AND STIPULATION TO CONTINUE DATES ON DEFENDANT US BANK N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>[filed: September 30, 2014] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage) ("US Bank"), and Plaintiff Christina Verhoek ("Verhoek") have reached a tentative settlement of this case. The settlement has been reduced to writing but the Parties are still reviewing the settlement documents and determining if any revisions are necessary. [Haist Decl. ¶3.] The Parties believe that this case will be

1  settled and the case dismissed with the next 30-60 days, and do not want to waste
2  the parties and Court's time with completing briefing on the pending motion to
3  dismiss and conducting the case management conference if the case is settled.

4  Verhoek filed a First Amended Complaint on March 5, 2015.  After obtaining
5  an extension, US Bank filed a motion to dismiss the First Amended Complaint on
6  April 27, 2015.  The motion to dismiss hearing is set for July 2, 2015.  Currently,
7  Verhoek's opposition is due on June 11, 2015, and US Bank's reply is due on June
8  18, 2015.  The case management conference is set on August 8, 2015.

9  With the Court's permission and order, US Bank and Verhoek hereby
10 stipulate to extend the time for the parties to file further briefing on the April 27,
11 2015 filed motion to dismiss.  The parties propose and agree that the motion hearing
12 date be continued to September 3, 2015, at 1:30 p.m.  Verhoek's opposition shall be
13 due 21 days before the September 3, 2015 hearing date (*i.e.*, August 13, 2015), and
14 US Bank's reply shall be due 14 days before the September 3, 2015 hearing (*i.e.*,
15 August 20, 2015).  The August 6, 2015 case management conference shall be
16 continued to October 1, 2015 at 9:30 a.m.

17

18 DATED: June 9, 2015

19                                      By      /s/ Frederick A. Haist
20                                              E. SCOTT PALMER
                                                FREDERICK A. HAIST
                                                PALMER, LOMBARDI & DONOHUE LLP
21                                              Attorneys for US Bank N.A.

22 DATED: June 9, 2015

23                                      By      /s/ Nathan L. Scheg
24                                              NATHAN L. SCHEG
                                                IRONHORSE LAW GROUP, PC
                                                Attorneys for Christina Verhoek
25

26 ///
27 ///
28 ///

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED: __6/15_____, 2015   _____
                                    United States District Judge



-3-
NOTICE OF TENTATIVE SETTLEMENT AND REQUEST AND STIPULATION
TO CONTINUE DATES                                        14-cv-04821-EMC