E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VERHOEK, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a business entity of unknown form; U.S. BANK HOME MORTGAGE, a business entity of unknown form; and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 14-cv-04821-EMC<br><br>[Assigned to the Honorable Edward M. Chen]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP 41(a)]**<br><br>[filed: September 30, 2014] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Christina Verhoek ("Verhoek") on the one hand, and Defendant US Bank N.A. (also erroneously sued as U.S. Bank Home Mortgage) on the other hand, through their respective attorneys of record, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a), that all

///

///

-1-

1  claims and demands asserted by Verhoek in this action shall be and hereby are
2  dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

4  DATED: July 22, 2015

By   /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for US Bank N.A.

8  DATED: June 24, 2015

By   /s/ Nathan L. Scheg
NATHAN L. SCHEG
IRONHORSE LAW GROUP, PC
Attorneys for Christina Verhoek

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all claims and demands asserted by Verhoek in this action shall be and hereby are dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED:  7/28 , 2015    _____
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen